UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SYDNEY EARL TAYLOR

vs. C.A. No. 06-204S

R.I. DEPARTMENT OF CORRECTIONS

**ORDER**

The Attorney General is hereby ordered to file its response to the plaintiff's "Petition Under 28 U.S.C. §2254 for Writ of Habeas Corpus by a person in State Custody." Said response will be filed on or before **May 30, 2006.**

By Order,

Deputy Clerk

ENTER:

William E. Smith
U.S. District Judge

Date: 5/11/06