UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES | : | DISTRICT COURT |
| | : | |
| SYDNEY EARL TAYLOR<br>VS.<br>RHODE ISLAND DEPARTMENT OF CORRECTIONS | : | C.A. No. 06-204S |

MOTION FOR EXTENSION OF TIME
OBJECTION OF REPORT AND RECOMMENDATION

Now comes,Sydney Earl Taylor (Petitioner) and moves for a extension of time to file a objection to the Magistrates report and recommendation filed with this court on August 3rd 2006.

Respectfully,

Sydney Earl Taylor
P.O. Box # 8273
Cranston,Rhode Island 02920

CERTIFICATION

I hereby state that I have sent a true copy to the office of the attorney general at, 150 South Main Street in the city of Providence R.I. 02903 on this the 8 day of August 2006.