Case 1:06-cv-00204-S-LDA Document 6 Filed 08/11/2006 Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES | : | DISTRICT COURT |
| SYDNEY EARL TAYLOR | : | |
| VS. | : | C.A. No. 06-204S |
| RHODE ISLAND DEPARTMENT OF CORRECTIONS | | |

**MOTION FOR EXTENSION OF TIME**
**OBJECTION OF REPORT AND RECOMMENDATION**

Now comes,Sydney Earl Taylor (Petitioner) and moves for a extension of time to file a objection to the Magistrates report and recommendation filed with this court on August 3rd 2006.

Respectfully,
Mr Sydney Taylor
Sydney Earl Taylor
P.O. Box # 8273
Cranston,Rhode Island 02920

**CERTIFICATION**

I hereby state that I have sent a true copy to the office of the attorney general at, 150 South Main Street in the city of Providence R.I. 02903 on this the 8 day of August 2006.

Mr Sydney Taylor

Granted - Objection due by September 18, 2006
WSM
8/22/06