UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SYDNEY EARL TAYLOR<br><br>Petitioner,<br><br>v.<br><br>RHODE ISLAND DEPARTMENT OF CORRECTIONS<br><br>Respondent. | C.A. No. 06-204S |

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on August 4, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Respondent's Motion to Dismiss is GRANTED and the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE as lacking legal merit.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 8/28/06