AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

SYDNEY EARL TAYLOR

V.

RHODE ISLAND DEPARTMENT OF CORRECTIONS

**JUDGMENT IN A CIVIL CASE**

Case Number: C.A. NO. 06-204S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF RESPONDENT, RHODE ISLAND DEPARTMENT OF CORRECTIONS, AGAINST PETITIONER, SYDNEY EARL TAYLOR, PURSUANT TO THIS COURT'S ORDER ENTERED ON THIS DATE, GRANTING RESPONDENT'S MOTION TO DISMISS AND DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS WITH PREJUDICE AS LACKING LEGAL MERIT.**

August 28, 2006
Date

Clerk

ALBA-SUE MERCURIO
(By) Deputy Clerk