**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF RHODE ISLAND. 1st.CIR.**

SYDNEY TAYLOR 1:06-cv-00204-LDA

V. **CERTIFICATE OF APPEALABILTY**

A.T. WALL

Now Comes. The petitioner in the above matter satisfying a showing that (APPEALABILITY), is warrented.

The right to self-representation is the entire crux, gist, and premise of this case.

See; June 25th. 1948, c. 646, 62 Stat. 967 and c. 655 § 52, 65 Stat. 727; § 113, 63 Stat. 105; Pub. L. 104-132. Title I , § 102, 110 Stat. 1217.

Respectfully;
Mr. Sidney Taylor

Sydney Taylor
Box 8273
Cranston, R.I. 02920