# United States District Court

DISTRICT OF

## Rhode Island

SYDNEY TAYLOR )
)
)
V. )
)
A.T. WALL )

# 1:06-cv-00204-LDA

**NOTICE OF APPEAL AND REQUEST FOR AN EXTENSION.**

Now Comes, the (Pro se) pettioner in the above captioned matter and files **NOTICE OF APPEAL** on this Honorable Courts ruling(s).

The (ONLY) response the petitioner received from the court was a opossing "Magistrates Reccomandation" Magist. Almond. The petitioner expected to hear from the Circuit Judge for a finalized decision, but never did.

The petitioner has no knowledge of wether or not the case and its merrits are still being reviewed?

If the case is finalized, then petitioner here-by files Notice Of appeal. If (not) then the running time may be October 2006. Petititioner has never received no other pleading(s), responses or docket entries and is therefore barred from being negligent in his appealate pursuits.

Respectfully:
Mr Sidney Taylor

**CERTIFICATE OF SERVICE:** Sent regular mail to the A.G. on 1/29/07

**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF RHODE ISLAND. 1st.CIR.**

SYDNEY TAYLOR 1:06-cv-00204-LDA

V. **CERTIFICATE OF APPEALABILITY**

A.T. WALL

Now Comes. The petitioner in the above matter satisfying a showing that (APPEALABILITY), is warrented.

The right to self-representation is the entire crux, gist, and premise of this case.

See; June 25th. 1948, c. 646, 62 Stat. 967 and c. 655 § 52, 65 Stat. 727; § 113, 63 Stat. 105; Pub. L. 104-132. Title I , § 102, 110 Stat. 1217.

Respectfully;

Mr. Sidney Taylor

Sydney Taylor
Box 8273
Cranston, R.I. 02920

UNITED STATES DISTRICT COURT OF
RHODE ISLAND (1st Cir)

SYDNEY TAYLOR # 1;06-cv-00204-LDA

V.

A.T. WALL

**MEMORANDUM OF LAW IN SUPPORT OF NOTICE OF APPEAL (EXTENSION).**

A procedural default (Key 406) should not abridge a constitutional right, and failure to consider the claims will result in miscarriage of justice.

See; MURRAY V. CARRIER, 477 U.S. 478, 485, 106 S.Ct. 2639, 2644, 91 L.Ed.2d. 397 and "Harris 489 U.S. at 1043.

This was not a deliberate by-pass;

See; FAY V. NOIA, 372 U.S. 391, 438-439, 83 S.Ct. 822-849, 9 L.Ed.2d. 837.

Respectfully;

Mr. Sydney Taylor

Sydney Taylor
Box 8273
Cranston, R.I. 02920

# Adult Correctional Institutions
## Inmate Account Transfer

ID # 69071 DATE 1-29-07

NAME Taylor (LAST) Sydney (FIRST) (MIDDLE)

CHARGE MY ACCOUNT FOR THE FOLLOWING EXPENSE

Buy Stamps

I. ☐ POSTAGE AMOUNT IV ☐ WORK RELEASE

1. LETTER / LETTERS ______ RENT FOR WEEK AMOUNT
2. CARD / CARDS ______ TO ______ $ ______
3. CERTIFIED MAIL ______ PAYMENT FOR WEEK
4. OTHER ______ TO ______ $ ______

According to RIDOC Policy 9/25-2 Defines an Indigent Inmate as one who is Involuntarily Unemployed, Has less than $10.00 in his/her active account, Has had no deposits of $10.00 or more in previous 2 months. You are NOT indigent

TOTAL $ ______ TOTAL $ ______

II. ☐ DRAW CHECK / CASH FOR $ ______ V. ☐ PAYMENT OF FINE

NAME ______ TO ______ COURT

ADDRESS ______ FOR AMOUNT $ ______

CITY OR TOWN ______

RELATIONSHIP ______

MAX

PERSON ON VISITING LIST ☐ YES ☐ NO VERIFIED ______ ASSOCIATE DIRECTOR

REASONS FOR TRANSFERRING MONIES "Legal mail" for Mailing - POSTAGE

☐ APPROVED ☐ DENIED APPROVED ASSOCIATE DIRECTOR DATE

III. ☐ CLOSING OF INMATE ACCOUNT ☐ OTHER $ Capt. D. Ashton

I HAVE RECEIVED THE FOLLOWING AMOUNT

$ ______ FROM THE ADULT CORRECTIONAL INSTITUTIONS BUSINESS OFFICE.

Ms Sydney [signature] #69071
INMATES SIGNATURE

______ RECEIVED ABOVE PAYMENT

S - 14 OFFICE COPY - WHITE INMATE COPY - CANARY