UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Sydney Earl Scott Taylor
Plaintiff

v. CA: 06-204S

State of Rhode Island, et al
Defendant

**ORDER**

The Plaintiff's Motion for Certificate of Appealability is DENIED.

BY ORDER:

DEPUTY CLERK

ENTER:

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 2/20/07