CA06-204S

# United States Court of Appeals
## For the First Circuit

No. 07-1349

SYDNEY EARL TAYLOR
Petitioner - Appellant

v.

RHODE ISLAND DEPARTMENT OF CORRECTIONS
Respondents - Appellees

REC
APR 16 2007
Chambers of
Judge William E. Smith

**ORDER OF COURT**

Entered: April 11, 2007
Pursuant to 1st Cir. R. 27.0(d)

Appellant's letter is construed as a motion to waive the filing fees and is denied. The authorization for appellate filing fees set forth in 28 U.S.C. § 1913 contains no exception for habeas appeals.

Treating appellant's financial affidavit, with attached prison trust account statement, as a motion to proceed on appeal in forma pauperis ("IFP"), we transmit said request to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted IFP status by the district court, he may file a motion to proceed IFP in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

By the Court:
Richard Cushing Donovan, Clerk
MARGARET CARTER

By: ______________________
Chief Deputy Clerk

[certified copies: Honorable William E. Smith,
David DiMarzio, Clerk, United States District Court for the District of Rhode Island]
[cc: Sydney Taylor, Aaron L. Weisman, Esq.]