UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SYDNEY EARL TAYLOR | : | |
| | : | |
| v. | : | C.A. No. 06-204S |
| | : | |
| STATE OF RHODE ISLAND, et al. | : | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff Sydney Earl Taylor's ("Plaintiff") Motion to Proceed *In Forma Pauperis* ("IFP") pursuant to 28 U.S.C. § 1915. (Document No. 17). Plaintiff filed his Motion in the First Circuit Court of Appeals, which transmitted his request to this Court pursuant to Fed. R. App. P. 24(a)(1). The Motion has been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); LR Cv 72(a). Plaintiff has submitted the completed Application and included a copy of his inmate account statement. Based on this information, Plaintiff's Motion to Proceed IFP (Document No. 17) is GRANTED.

So ordered.

PER ORDER:

/s/ Jeannine Noel
Deputy Clerk

ENTER:

/s/ Lincoln D. Almond
Lincoln D. Almond
United States Magistrate Judge
April 24, 2007