# United States Court of Appeals
## For the First Circuit

No. 07-1349

SYDNEY EARL TAYLOR,
Petitioner, Appellant,

v.

RHODE ISLAND DEPARTMENT OF CORRECTIONS, ET AL.,
Respondents, Appellees.

**ORDER OF COURT**

Entered: June 27, 2007

Appellant's motions for "immediate review" and for appointment of counsel are denied.

We remand to the district court, while retaining jurisdiction, so that the district court may consider the following and determine whether to grant relief under Fed. R. App. P. 4(a)(6). In his "Notice of Appeal and Request for an Extension," which is hand dated January 29, 2007 and docketed on February 20, 2007, appellant indicates that he had not received anything further from the court after the magistrate-judge's report and recommendation, did not know whether his case had been "finalized" or was instead still under consideration, but wanted to appeal if the case was over. As it may be that this filing could be construed as a timely request under Fed. R. App. P. 4(a)(6) to reopen the time for appeal because of non receipt of the August 28, 2006 entry of judgment, we ask the district court to determine whether relief should be granted under Fed. R. App. P. 4(a)(6).

By the Court:
Richard Cushing Donovan, Clerk.

MARGARET CARTER
By: ______________________
Chief Deputy Clerk.

[certified copies: Honorable William E. Smith, David DiMarzio, Clerk, US District Court for the District of Rhode Island]
[cc: Sydney Taylor, Aaron L. Weisman, Esq.]