**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SYDNEY EARL TAYLOR** | : | |
| | : | |
| **v.** | : | **C.A. 2006-204S** |
| | : | |
| **STATE OF RHODE ISLAND** | : | |

**ENTRY OF APPEARANCE**

Now comes the undersigned, Christopher R. Bush, Special Assistant Attorney General, and hereby enters his appearance for the State of Rhode Island in the above-entitled matter.

Respectfully Submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Christopher R. Bush

**CHRISTOPHER R. BUSH, #5411**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATE OF SERVICE**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on July 23, 2007, I filed this document electronically and that it is available for viewing and downloading from the ECF system. Service was accomplished by transmission of the Notice of Electronic Filing generated by the ECF system by first-class mail to the following on the same date:

Sydney Early Scott Taylor, Pro Se
69071
P.O. Box 8273
Cranston, RI 02920

/s/Christopher R. Bush