# United States District Court

DISTRICT OF

## Rhode Island

# 03-3727

SYDNEY TAYLOR

v.

A.T. WALL

# LEGAL MEMORANDUM

IN SUPPORT OF THE 1st. CIRCUIT COURT OF APPEAL **REMMAND** BACK THIS COURT FOR REVIEW WHILE THE APPEAL COURT RETAINS THE FULL **JURISDICTION.**

The petitioner (never) had a chance to file a timely Notice of Appeal pursuant to RULE 3.1 or exhaust any other viable remedies in this matter, where-as he was never served, presented or given his judicial ruling. **PRISON RECORDS ARE MANDATED BY POLICY TO KEEP A LOG.** (That log demonstrates that the petitioner was NEVER served with the courts ruling)

Based on excusable neglect, this Honorable in its discreation can now rule on the merrits of the petitioners 2254 and all relevant pleadings on record.

WINGO V. WEDDING 418 U.S. 461

HARRIS V. NELSON, 394 U.S. 286

Respectfully;