# United States District Court

DISTRICT OF

## Rhode Island

SYDNEY TAYLOR )
)
)
V. )
)
A.T. WALL )

# 1:06-cv-00204-LDA

**NOTICE OF APPEAL AND REQUEST FOR AN EXTENSION.**

Now Comes, the (Pro se) pettioner in the above captioned matter and files **NOTICE OF APPEAL** on this Honorable Courts ruling(s).

The (ONLY) response the petitioner received from the court was a oppossing "Magistrates Reccomandation" Magist. Almond. The petitioner expected to hear from the Circuit Judge for a finalized decision, but never did.

The petitioner has no knowledge of wether or not the case and its merrits are still being reviewed?

If the case is finalized, then petitioner here-by files Notice Of appeal. If (not) then the running time may be October 2006. Petititioner has never received no other pleading(s), responses or docket entries and is therefore barred from being negligent in his appealate pursuits.

Respectfully:
Mr Sidney Taylor

**CERTIFICATE OF SERVICE:** Sent regular mail to the A.G. on 1/29/07

UNITED STATES DISTRICT COURT OF
RHODE ISLAND (1st Cir)

SYDNEY TAYLOR # 1;06-cv-00204-LDA

V. **MEMORANDUM OF LAW IN SUPPORT OF NOTICE OF APPEAL (EXTENSION).**

A.T. WALL

A procedural default (Key 406) should not abridge a constitutional right, and failure to consider the claims will result in miscarriage of justice.

See; MURRAY V. CARRIER, 477 U.S. 478, 485, 106 S.Ct. 2639, 2644, 91 L.Ed.2d. 397 and "Harris 489 U.S. at 1043.

This was not a deliberate by-pass;

See; FAY V. NOIA, 372 U.S. 391, 438-439, 83 S.Ct. 822-849, 9 L.Ed.2d. 837.

Respectfully;

Mr. Sydney Taylor

Sydney Taylor
Box 8273
Cranston, R.I. 02920