UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

**TAYLOR**

**V.**

**WALL et, al.**

**# 1:06-cv-00204-LDA**

**PETITIONERS OPPOSITION TO THE RESPONDANTS BRIEF FOR DISMISSAL.**

**The Respondants:**

Seek to relitigate the expiration of time frames and procedural time limits, but the U.S. Appeals Court remmanded the matter after a review, and there is a determination (already) made that the appealant did not have notice nor was able to meet time requirements. So the ONLY scope of review for this Honorable Court is to redress the crux of the appealates issues was is the denial of his unfettered constitutional right to represent himself.

The state in their answer can not deny or make an formal dispute as to the appealants right to represent himself. So their premise becomes a stance that the appealate wanted to subvert a ruling that he could face the child, putative victim.

The state court could have, and should have held a independant hearing to re-determine the right of confrontation, but there was no discreation in the right to self-representation. Mr. Sidney Taylor 8-10-07