UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

07-1349
USCOA

RECEIVED
AUG 21 2001
DONNA BARCHARD

August 20, 2007

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: Sydney Taylor v. State of Rhode Island, et al.
CA06-204S

Dear Mr. Donovan:

Enclosed herewith you will find the Supplemental Record together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court
Wendy Geile
Wendy Geile
DEPUTY CLERK

ENC: Certified Docket, Text Order dated 7/26/2007, Document # 29

30