MANDATE

06-00204
USDC/RI
Smith, J

# United States Court of Appeals
## For the First Circuit

No. 07-1349

SYDNEY EARL TAYLOR,
Petitioner, Appellant,

v.

RHODE ISLAND DEPARTMENT OF CORRECTIONS,
Respondent, Appellee.

Before

Boudin, Chief Judge,
Stahl, Senior Circuit Judge,
and Lynch, Circuit Judge.

**JUDGMENT**

Entered: November 15, 2007

Petitioner Sydney Taylor seeks a certificate of appealability (COA) to appeal from the denial of his habeas petition. The district court determined that the petition was time-barred, and also determined that petitioner could not prevail on the merits of his claim pursuant to Faretta v. California, 422 U.S. 806 (1975), that he had been denied his constitutional right to represent himself. Having carefully reviewed the record, we conclude that reasonable jurists could not find debatable or wrong the district court's conclusion that the § 2254 petition was time-barred under 28 U.S.C. § 2244(d). Having so concluded, it is unnecessary to review the district court's alternative ruling that petitioner's constitutional claim lacked merit. See Slack v. McDaniel, 529 U.S. 473, 485 (2000).

Petitioner's request for a COA is denied and the appeal is terminated.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 12/7/07

By the Court:
Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

[cc: Sydney Taylor, Aaron L. Weisman, Esq.]